Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Western District of NEW YORK ▾

_____ Division

Luis, R. Serraro

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Erie county correctional Health
Erie County correctional facility
Sandra Amoia

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. **26 CV 6113**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

FILED
JAN 27 2026
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Luis. B. Serraro    ICN: 78188 |
| Street Address | 11581 Walden Ave |
| City and County | Alden    Erie |
| State and Zip Code | New York    14004 |
| Telephone Number | 716- 937 - 5585 |
| E-mail Address | Uknown at this time |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Erie County correctional Health
Erie county correctional facility  ⟩ Governmentagency
Sandra Amoia — individual.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name                                     Erie County Correctional heclth

Job or Title *(if known)*                Health Care of Jailed inmates

Street Address                           10 Delaware AVE

City and County                          Buffalo                    Erie

State and Zip Code                       New York                   14202

Telephone Number                         716- Unknown

E-mail Address *(if known)*              Unknown at this time

**Defendant No. 2**

Name                                     Erie County correctional facility

Job or Title *(if known)*                Jail mangement

Street Address                           11581 Walden Ave

City and County                          Alden                      Erie

State and Zip Code                       New York                   14004

Telephone Number                         716- 937-5585

E-mail Address *(if known)*              Unknown at this time.

**Defendant No. 3**

Name                                     Sandra Amoia

Job or Title *(if known)*                Deputy Superintent Erie County Sheriff's

Street Address                           10 Delaware AVe

City and County                          Buffalo                    Erie

State and Zip Code                       New York                   14202

Telephone Number                         716- unknown

E-mail Address *(if known)*              Uknown at this time.

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number                         716-

E-mail Address *(if known)*              Unkown at this time.

b.    If the defendant is a corporation

The defendant, *(name)* N/A _____ , is incorporated under

the laws of the State of *(name)* N/A _____ , and has its

principal place of business in the State of *(name)* N/A _____ .

Or is incorporated under the laws of *(foreign nation)* N/A _____ ,

and has its principal place of business in *(name)* N/A _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
The amount at stake for violations of my rights and injuries are 10 million dollars.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

#1.) Erie County correctional health has refused to treat my Parkensons disease, High Blood presure, Blood suger, Arthritis, Causing me to become sicker and sicker. They push me to the side because of my age I am 64 years old with many Health issuses and they tell me its to costly to tecke care of all them, but yet the do nothing. They have placed me in a open dorm      PLEASE SEE ADDITIONAL PAGE MARKED #1.FOR MORE INFO.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking relief for damages in the amount of 10 Million Dollars,and what ever further relief the court in its wisdom deems fair and just,for the following. Mental pain, Mental injury, P.T.S.D. Nighmeres No sleep. Can't eat, memory loss. Shaking, pain in my arms, legs, chest, physical injury, physical pain. loss of money, loss of movement, loss hearing loss use of hands, unable to walk, hard to talk, loss of hair, loss of everything loss of peace, loss of hope.      PLEASE SEE ADDITIONAL PAGE MARKED #1.FOR MORE INFO.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The following Amendments and provisions/statutes and treaties have been violated against me.

1st, 4th, 5th, 6th, 8th, 13th, 14th, Amendments. Federal law on treatment of the elderly Federal law on Commosionate release, USA-N-UN treatment of medical and Health treaties USA-N-UN treaties on human rights — USA-N-UN treaties on treatment of injailed peoples UN-World wide treatie of the elderly federal statutes and laws for the eldedy and Sick-ADA and more.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* N/A _____, is a citizen of the State of *(name)* N/A _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A _____, is incorporated under the laws of the State of *(name)* N/A _____,

and has its principal place of business in the State of *(name)*

N/A _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/A _____, is a citizen of the State of *(name)* N/A _____. Or is a citizen of

*(foreign nation)* N/A _____.

# ERIE COUNTY CORRECTIONAL FACILITY

## 11581 Walden Avenue   Alden, NY 14004

Additional Page #1, Statment of claim: Luis. R. Serrano where I can not get medical treatment, I should be in a medical Unit, being taken care of, or they should release me under commcionate Release. They tell me to be quite. I am old and need help in the bathrooms and showers. They give me None. I am getting worse.

#2. Erie County Correctional Facility, Forces me to be housed With Murders, Sex offenders, and young men who could hert me and steal from me, Force me to sleep on unsafe bunk beds, Forces me to Shower with Doors or walls so everone can see me even female gaugds, Forces me to use unclean Bathroom with no Doors or walls, so others can see me, Both male and Female staff. I am forced to eat unhealthy food from unclean trays. I am forced to drink unclean water from unclean sinks, I am forced To ware the same cloths for days at a time, I have not been under ware or socks, I am forced to stay on my bunk for more than 16 hours a day, I am forces to have my religion not recanized, I force to be made naked and Searched, If I don't listen or do what I am told I am taken to a box, with no movement, No outside light, No freshair, No food, for Days weeks, months. I am forced to live in a unsafe living Dorm with cracked floors, broken walls, lecking foone roof, vermin running in and out, I am forced to cold The place the AC, on in winter Dropping the temp, in the Dorm to around 39° to 32°, and more I am forced to have to Do, at my age of 69 years old.

#3 Sandra Amoia She the person who could fix everything she knows about everything but doesn't do any thing. She has told me Il might be better if I die, She refuses to look at medical records, but will still so No to treatment, She let my meds go for 4 months already with out giving me any I need and I am told by a Doctor to have, She has said she doesn't like Spanish people.

On Back →

To The Clerk

Please send any paper work I need to do to keep my case going and any and all Info of free legal help or advice and the use of free lawyers please, Thank you and please have a nice Day.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *1–18–26*

Signature of Plaintiff    *Luis R. Serrano*

Printed Name of Plaintiff    *Luis. R. Serrano*    ICN: *78188*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    N/A

Printed Name of Attorney    N/A

Bar Number    N/A

Name of Law Firm    N/A

Street Address    N/A

State and Zip Code    N/A

Telephone Number    N/A

E-mail Address    N/A

Luis. R. Serrano     ICN# 16188
Erie County Correctional Facility
11581 Walden Ave – Alden, New York 14004

BUFFALO NY 140

23 JAN 2026 AM 5 L

Correction

US POSTAGE (IMI) PITNEY BOWES

ZIP 14202    $ 000.78⁰
02 7H
0006243218    JAN 22 2026

USDC - WDNY
JAN 2 7 2026
BUFFALO

ATTN: Clerk of the Court
US federal Courthouse
2  Niagara Square
Buffalo New York 14202

14202-335099